**Entered on Docket**
**May 19, 2010**

_Bruce A. Markell_
**Hon. Bruce A. Markell**
**United States Bankruptcy Judge**

RICK A YARNALL
Chapter 13 Bankruptcy Trustee
Marianne Gatti, Esq.
Nevada Bar No. 007717
701 Bridger Ave., Ste 820
Las Vegas, NV 89101
(702) 853-4500
RAY13mail@lasvegas13.com

Electronically Filed on 5/19/10

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | BK-S-09-29223-BAM<br>Chapter 13 |
| RICHARD ALVAREZ, and<br>MARILYN ALVAREZ, | **ORDER DENYING CONFIRMATION OF**<br>**DEBTORS' MODIFIED PLAN #3** |
| Debtor(s). | Hearing Date: April 29, 2010<br>Hearing Time: 1:30 P.M. |

Confirmation of Debtors' Modified Plan #3  having come on for hearing in the above-entitled

Court on April 29, 2010, at 1:30 p.m., with Marianne Gatti, Esq. appearing on behalf of Rick A.

Yarnall, other appearances as noted on record, argument having been heard, and based upon the papers

and pleadings on file herein, and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Confirmation of Debtor's

Modified Plan #3 is DENIED.

IT IS SO ORDERED.

Submitted by:

_____                    Date: _5-12-10_____
Marianne Gatti, Esq.
Nevada Bar No. 7717
Attorney for Rick A. Yarnall,
Chapter 13 Bankruptcy Trustee


Approved

_____                    Date: _____
Randolph Goldberg, Esq.
Counsel for Debtor(s)

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_X_ This is a chapter 7 or 13 case, and ~~either with the motion, or at the hearing,~~ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below[list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Randolph Goldberg, Esq.    approved____    disapproved____    failed to respond _X_

2

###