Entered on Docket
May 19, 2010

_____
Hon. Bruce A. Markell
United States Bankruptcy Judge

RICK A YARNALL
Chapter 13 Bankruptcy Trustee
Marianne Gatti, Esq.
Nevada Bar No. 007717
701 Bridger Ave., Ste 820
Las Vegas, NV 89101
(702) 853-4500
RAY13mail@lasvegas13.com

Electronically Filed on 5/19/10

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re: | BK-S-09-29223-BAM<br>Chapter 13 |
| RICHARD ALVAREZ, and<br>MARILYN ALVAREZ, | **ORDER DENYING CONFIRMATION OF DEBTORS' MODIFIED PLAN #3** |
| Debtor(s). | Hearing Date: April 29, 2010<br>Hearing Time: 1:30 P.M. |

Confirmation of Debtors' Modified Plan #3 having come on for hearing in the above-entitled Court on April 29, 2010, at 1:30 p.m., with Marianne Gatti, Esq. appearing on behalf of Rick A. Yarnall, other appearances as noted on record, argument having been heard, and based upon the papers and pleadings on file herein, and good cause appearing:

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Confirmation of Debtor's Modified Plan #3 is DENIED.

IT IS SO ORDERED.

Submitted by:

_____        Date: _____5-12-10_____
Marianne Gatti, Esq.
Nevada Bar No. 7717
Attorney for Rick A. Yarnall,
Chapter 13 Bankruptcy Trustee

Approved

_____        Date: _____
Randolph Goldberg, Esq.
Counsel for Debtor(s)

In accordance with LR 9021, counsel submitting this document certifies as follows (check one):

___ The court has waived the requirement of approval under LR 9021.

_X_ This is a chapter 7 or 13 case, and either with the motion, or at the hearing, I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below[list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ This is a chapter 9, 11, or 15 case, and I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and each has approved or disapproved the order, or failed to respond, as indicated below [list each party and whether the party has approved, disapproved, or failed to respond to the document]:

___ I certify that I have served a copy of this order with the motion, and no parties appeared or filed written objections.

Randolph Goldberg, Esq.        approved____        disapproved____        failed to respond _X_

2

###

# CERTIFICATE OF NOTICE

```
District/off: 0978-2          User: johnsonrs              Page 1 of 1                  Date Rcvd: May 19, 2010
Case: 09-29223                Form ID: pdf964              Total Noticed: 21

The following entities were noticed by first class mail on May 21, 2010.
db/jdb         +RICHARD ALVAREZ,    MARILYN ALVAREZ,    11096 PENTLAND DOWNS ST,    LAS VEGAS, NV 89141-4360
aty            +PATTI BASS,    3936 E FT LOWELL RD #200,    TUCSON, AZ 85712-1083
cr             +PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
5349907        +AMERICA’S SERVICING COMPANY AS SERVICER FOR,    ONE HOME CAMPUS, MAC  ID#X2302-04C,
                 DES MOINES, IA 50328-0001
5309889        +AMERICAS SERVICING COMPANY,    Acct No xxxxxx1475,    PO BOX 10388,    Des Moines, IA 50306-0388
5309890         CAPITAL ONE BANK,    Acct No xxxx xxxx xxxx 8592,    PO BOX 30285,    Salt Lake City, UT 84130-0285
5309891        +CAPTIAL ONE,    Acct No xxxx xxxx xxxx 9041,    PO BOX 30285,    Salt Lake City, UT 84130-0285
5309892         CHASE (WASHINGTON MUTUAL),    Acct No xxxx xxxx xxxx 9033,    PO BOX 15298,
                 Wilmington, DE 19850-5298
5420630        +CHASE BANK USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
5309893        +CLARK COUNTY TREASURER,    500 S GRAND CENTRAL PKWY,    P.O. BOX 551220,    Las Vegas, NV 89155-1220
5309894        +CLARK COUNTY TREASURES OFFICE,    Acct No 7524,    SOUTHERN HIGHLANDS DISTRICT #121,
                 SPECIAL ASSESSMENT BILLING,    FILE 57254,    Los Angeles, CA 90074-0001
5309895        +CLARK COUNTY WATER RECALMATION DISTRICT,    5857 E FLAMINGO RD,    Las Vegas, NV 89122-5507
5699098         Chase Bank USA NA,    PO Box 15145,    Wilmington, DE 19850-5145
5309897        +HEALTH PLAN OF NEVADA,    Acct No xxxxxxx61-00,    P.O. BOX 15645,    Las Vegas, NV 89114-5645
5394589        +HSBC BANK NEVADA, N.A.,    BASS & ASSOCIATES, P.C.,    3936 E. FT. LOWELL RD, SUITE 200,
                 TUCSON, AZ 85712-1083
5309898        +HSBC RETAIL SERVICES,    Acct No xxxx xxxx xxxx 1828,    PO BOX 60107,
                 City Of Industry, CA 91716-0107
5309900        +REPUBLIC SERVICES,    770 E. SAHARA AVE.,    PO BOX 98508,    Las Vegas, NV 89193-8508

The following entities were noticed by electronic transmission on May 19, 2010.
cr             +E-mail/PDF: rmscedi@recoverycorp.com May 20 2010 02:12:27
                 RECOVERY MANAGEMENT SYSTEMS CORPORATION,    25 S.E. SECOND AVENUE,
                 INGRAHAM BUILDING, SUITE 1120,    MIAMI, FL 33131-1506
5309896         E-mail/PDF: gecsedi@recoverycorp.com May 20 2010 02:12:27      DILLARDS,
                 Acct No xxxx xxxx xxxx 2269,    PO BOX 981469,    El Paso, TX 79998-1469
5309899         E-mail/PDF: cr-bankruptcy@kohls.com May 20 2010 02:11:39      KOHLS,    Acct No xxx-xxx6 922,
                 PO BOX 3043,    Milwaukee, WI 53201-3043
5340498         E-mail/PDF: rmscedi@recoverycorp.com May 20 2010 02:12:27
                 Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
                 Miami, FL 33131-1605
                                                                                               TOTAL: 4

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              HSBC BANK USA
cr*            +HSBC BANK NEVADA, N.A.,    BASS & ASSOCIATES, P.C.,    3936 E. FT. LOWELL RD., SUITE 200,
                 TUCSON, AZ 85712-1083
                                                                                               TOTALS: 1, * 1

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 21, 2010**               **Signature:** _Joseph Speetjens_